■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY LANNO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Jaspan, J.), imposed July 22, 1982. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., O'Connor, Weinstein and Boyers, JJ., concur.